**Ignacio Cedillo BARCENAS; Maria Del Carmen Estrada De Cedillo, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70967.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 22, 2011.

Jeffrey Charles Gonzales, Law Offices of Jeffrey C. Gonzales, Portland, OR, for Petitioners.

David H. Wetmore, U.S. Department of Justice, Washington, DC, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Ignacio Cedillo Barcenas and Maria Del Carmen Estrada De Cedillo, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's removal order. We dismiss the petition for review.

We lack jurisdiction to consider petitioners' challenges to the agency's denial of cancellation of removal and voluntary departure based on its discretionary determination that petitioners lack good moral character. 8 U.S.C. §§ 1229c(f), 1252(a)(2)(B)(i); *Moran v. Ashcroft,* 395 F.3d 1089, 1091 (9th Cir.2005), *overruled on other grounds by Sanchez v. Holder,* 560 F.3d 1028 (9th Cir.2009) (en banc).

Petitioners' remaining contentions are not persuasive.

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.